

**85 D**ELANCEY **S**TREET
**N**EW **Y**ORK, NY 10002
212.248.7400

*L*ORNA G. S*CHOFIELD*
U*NITED* S*TATES* D*ISTRICT* J*UDGE*

January 14, 2025

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED in part**.  The initial pretrial conference scheduled for January 22, 2025, is **ADJOURNED** to **February 19, 2025, at 4:10 P.M**.  The parties shall file their pre-conference materials by **February 12, 2025**.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 6.

Dated: January 15, 2025
        New York, New York

Re:    Application to Adjourn Initial Pretrial Conference and Pre-Conference Filings; <u>Julie Maury v. L. Shaffer Company  LLC et al.; Civil Case No.1:24-cv-08850</u>

Dear Judge Schofield:

Hanski Partners LLC represents plaintiff, Julie Maury, in the above-entitled action. We write to respectfully ask that Your Honor adjourn the Initial Pretrial Conference set for January 22, 2025 at 4:10 p.m. (Dkt. No. 5), and the pre-conference filings due by January 15, 2025, to respectively, February 21, 2025 and February 15, 2025 - or to a date thereafter that is convenient for the Court. This is the first request to adjourn the Initial Pretrial Conference and the preconference filings. If granted, an adjournment will not affect any other scheduled dates.

We make this adjournment request because the defendants were not served with the Summons and Complaint and have yet to appear. Plaintiff filed her Complaint on November 20, 2024, and Summons for service with the Complaint were issued by the Clerk of Court on November 21, 2024. The next day, November 22, 2024, Plaintiff transmitted copies of the Summons and Complaint to her service processor with directions to serve the defendants[1].

---

[1] Although Fed. R. Civ. P. 4(m) generally provides a time limit for service of a summons and complaint of 90 days after a complaint is filed, Plaintiff sought to have defendants served

Unfortunately, Plaintiff learned that the service processor did not effectuate service due to an error on its part. Once Plaintiff discovered that the defendants were not served Plaintiff instructed her process server to expedite service of process upon the defendants.

      Given the need to have defendants served and appear, plaintiff respectfully asks the Court to adjourn the Initial Pretrial Conference set for January 22, 2025 at 4:10 p.m. (Dkt. No. 5), and the pre-conference filings due by January 15, 2025, to respectively, February 21, 2025 and February 15, 2025, or to a date thereafter that is convenient for the Court.

      Thank you for your attention to this matter.

                                                  Respectfully submitted,

                                                          /s/
                                                   Adam S. Hanski

---

immediately after her Complaint was filed and Summons issued. As Plaintiff filed her Complaint on November 20, 2024, the time limit to serve Defendants is February 18, 2025.