UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JULIE MAURY,
                        Plaintiff,

                -against-

L. SHAFFER COMPANY LLC, et al.,
                      Defendants.
------------------------------------------------------------X

24 Civ. 8850 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order dated January 15, 2025, required the parties to file a joint letter and proposed case management plan no later than seven days before the initial pretrial conference, which is scheduled for February 19, 2025.

    WHEREAS, on January 17, 2025, Plaintiff filed proof of service on Defendants.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.

    WHEREAS, Defendants have not appeared in this action. It is hereby

    **ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **February 14, 2025**. If Defendants refuse to cooperate in the preparation of the documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendants, no later than **February 17, 2025**, Plaintiff shall file a letter (1) requesting further adjournment of the initial pretrial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules.

Dated: February 13, 2025
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE