**HANSKI PARTNERS LLC**

85 DELANCEY STREET
NEW YORK, NY 10002
PHONE: 212.248.7400

February 13, 2025

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The initial pretrial conference is ADJOURNED to March 25, 2025, at 3:15 P.M. The conference will be in person at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, NY, 10007 at Room 1106. If lead counsel for any party is located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, they should notify the Court immediately by filing a letter on the docket so that arrangements can be made.

By **February 28, 2025**, Plaintiff shall file a letter describing its efforts to communicate with Defendants and, if Plaintiff is not in contact with Defendants, proposing a date prior to the March 26, 2025, conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules. The Order at Dkt. No. 12 is **VACATED**. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 11.

Dated: February 18, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    Request to Adjourn Initial Pretrial Conference
       *Julie Maury v. L. Shaffer Company  LLC and 1600 Third Avenue Corp.*
       *Civil Case No. 1:24-cv-08850*

Dear Judge Schofield:

We represent Plaintiff Julie Maury in the above-referenced action. Pursuant to Your Honor's January 15, 2025 Order, Dkt. No. 7, an Initial Pretrial Conference is set for February 21 2025. We write to respectfully ask the Court to adjourn the Initial Pretrial Conference to a date convenient for the Court on or after Monday, March 24, 2025 (thirty-one days after the current conference date).

Plaintiff makes this request because although defendants L. Shaffer Company LLC and 1600 Third Avenue Corp. (together "Defendants") have yet to appear and defend themselves in this action she makes a final attempt to have them appear. For the same reason Plaintiff also respectfully requests that the Court adjourn the deadline for the parties to file their joint preconference submissions by a corresponding number of days.

With respect to Plaintiff's prior attempts to have Defendants appear, on January 14, 2025, Plaintiff effectuated service on Defendants through the Secretary of State, and Defendants' time to answer expired on February 4, 2025. Affidavits of Service, Dkt Nos. 8 and 9.[1] As Plaintiff tries other means to obtain Defendants' appearance, Plaintiff respectfully asks the Court to adjourn the Initial Pretrial Conference and the pre-conference filings to a date convenient for the Court on or after Monday, March 24, 2025 (thirty-one days after the current conference date).

Thank you for your consideration of this application.

Respectfully,
/s/
Adam S. Hanski, Esq.

---

[1] Plaintiff also mailed Defendants copies of the Summons and Complaint and the Court's Initial Pretrial Conference Orders, Dkt Nos. 5 and 7. Affirmation of Service, Dkt No. 10.