UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JULIE MAURY,                                                :
                                  Plaintiff,                :
                                                            :   24 Civ. 8850 (LGS)
            -against-                                       :
                                                            :   ORDER
L. SHAFFER COMPANY LLC, et al.,                             :
                                  Defendants.               :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated March 4, 2025, adjourned the initial pretrial conference from March 25, 2025, to April 8, 2025.

WHEREAS, the parties were required to file a joint letter and proposed case management plan no later than seven days before the initial pretrial conference.

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

**ORDERED** that the parties shall file their joint letter and proposed case management plan as soon as possible and no later than **April 7, 2025**.  In the joint letter, Plaintiff shall state whether she intends to dismiss non-appearing Defendant L. Shaffer Company, LLC.

Dated: April 3, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE