UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JULIE MAURY,                                          :
                     Plaintiff,        :
                                        :
            -against-                     :          24 Civ. 8850 (LGS)
                                        :
L. SHAFFER COMPANY, LLC, et al.,       :                ORDER
                            Defendants.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for April 8, 2025;

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  In the parties' joint letter, Defendant 1600 Third Avenue Corp. states that it has offered Plaintiff the opportunity to inspect its restaurant to identify violations of applicable law.

      WHEREAS, Defendant L. Shaffer Company, LLC, has not appeared in this action.  It is hereby

      **ORDERED** that the April 8, 2025, initial pretrial conference is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

      **ORDERED** that if either party seeks to file a motion for summary judgment at the conclusion of discovery, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.6.  It is further

      **ORDERED** that, by **April 25, 2025**, the parties shall file a joint letter on the status of Plaintiff's expert's inspection of Defendant 1600 Third Avenue Corp.'s restaurant.  The letter

shall also state whether the parties consent to a referral to the District's Mediation Program.  It is further

**ORDERED** that, by **May 16, 2025**, Plaintiff shall file her proposed Order to Show Cause for default judgment as to Defendant L. Shaffer Company, LLC, and related papers as provided in the Court's Individual Rules

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: April 7, 2025
       New York, New York

                                            LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE