UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JULIE MAURY,

                     Plaintiff,        24 Civ. 8850 (LGS)

-against-

L. SHAFFER COMPANY LLC, et al.,        **ORDER**

                    Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, in an Order entered August 12, 2025, the parties were directed to file a joint letter every thirty days regarding the status of discovery. The parties' second status letter was due October 14, 2025.

WHEREAS, the parties failed to file the letter due October 14, 2025. It is hereby

**ORDERED** that, by **October 16, 2025**, or as soon as possible, the parties shall file a letter regarding the status of discovery.

Dated: October 15, 2025
       New York, New York

                                          LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE