UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
JULIE MAURY,                                        :
                                    Plaintiff,      :          24 Civ. 8850 (LGS)
                                                    :
                    -against-                       :          **ORDER**
                                                    :
L. SHAFFER COMPANY LLC et al.,                      :
                                    Defendants.     :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Third Amended Civil Case Management Plan and Scheduling Order,

entered January 12, 2026, directed the parties to file a status letter by March 4, 2026.

WHEREAS, the parties failed to file the letter.  It is hereby

**ORDERED** that, as soon as possible and no later than **March 9, 2026,** the parties shall

file the status letter.

Dated: March 5, 2026
       New York, New York

_____
       **LORNA G. SCHOFIELD**
     **UNITED STATES DISTRICT JUDGE**